ROSSO ET UX. *v.* PUERTO RICO.

No. 242. Decided October 14, 1968.

*Walter L. Newsom, Jr.,* and *James B. Donovan* for appellants.

*Rafael A. Rivera-Cruz,* Solicitor General of Puerto Rico, *J. F. Rodriguez-Rivera,* Deputy Solicitor General, and *Peter Ortiz,* Assistant Solicitor General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.

ROBERTS, JUDGE, ET AL. *v.* POLLARD ET AL.

No. 251. Decided October 14, 1968.

*Joe Purcell,* Attorney General of Arkansas, and *Don Langston,* Deputy Attorney General, for appellants.

PER CURIAM.

The judgment is affirmed.

MR. JUSTICE BLACK is of the opinion that probable jurisdiction should be noted.